UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

MIKE TAXON and ITAMAR COHEN,

                Defendants.

2:15-CV-03587-JLL-JAD

STIPULATION AND ORDER

---

WHEREAS, the Defendant Mike Taxon ("Defendant") wishes to stay all proceedings in the above-captioned civil action pending resolution of the parallel criminal proceeding, entitled United States v. Michael Taxon, 2:15-CR-00249-JLL (the "Parallel Criminal Proceeding"), and

WHEREAS, the Plaintiff Securities and Exchange Commission (the "Commission") does not object to the entry of a stay of these proceedings as specified herein, and

WHEREAS, the sentencing hearing in the Parallel Criminal Proceeding is currently scheduled for January 12, 2016,

IT IS THEREFORE STIPULATED AND AGREED by and between the undersigned counsel for Defendant and the Commission as follows:

1. All proceedings in the above-captioned civil action are hereby stayed as to Defendant pending the entry of a judgment in the Parallel Criminal Proceeding.

2. This stay shall not alter the substantive or other procedural rights of the parties. All such rights are expressly reserved.

3. This stay shall continue until a judgment is entered in the Parallel Criminal Proceeding. The Commission shall have ninety (90) days after such judgment is entered in the Parallel Criminal Proceeding to file with the Court any application concerning claims, if any, for disgorgement, prejudgment interest and civil money penalties against Defendant.

Dated: New York, New York
October 27, 2015

GARVEY SCHUBERT BARER

By *(signature)*
Andrew J. Goodman
Garvey Schubert Barer
100 Wall Street, 20th Floor
New York, NY 10005
(212) 965-4534
agoodman@gsblaw.com
Attorney for Mike Taxon

SECURITIES & EXCHANGE COMMISSION

By *(signature)*
Nancy A. Brown
U.S. Securities and Exchange Commission
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281
(212) 336-1023 (Brown)
brownn@sec.gov
Attorney for Plaintiff

SO ORDERED:

*(signature)* 10/30/15

Hon. Joseph A. Dickson
United States Magistrate Judge

GSB:7355470.3